IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLSON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:10-cv-01776 -- JLT <br><br> ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER <br><br> (Doc. 23) |

On January 20, 2012, the parties filed a stipulation seeking to extend deadlines related to discovery. (Doc. 24) Counsel explained that these extensions are necessary to allow an independent medical examination of Plaintiff and due to the need to review "important deposition transcripts" that were recently received by the parties. Id. at 2. Finally, the parties explained that they will engage in mediation on February 6, 2012, in an attempt to resolve the matter. Id. at 2.

Good cause appearing, the Court **ORDERS**;

1. The scheduling order (Doc. 10) SHALL be amended as follows:
    a. Joint expert disclosure SHALL occur no later than: 2/29/12;
    b. Non expert discovery SHALL conclude no later than: 3/29/12;
    c. Joint rebuttal expert disclosure SHALL occur no later than: 4/2/12;
    d. Expert discovery SHALL conclude no later than: 4/30/12;
2. No other modifications to the scheduling order are authorized at this time;

1

3. Within 21 days after the completion of the mediation on February 6, 2012, counsel **SHALL** file a joint status report outlining the results of the mediation.

IT IS SO ORDERED.

Dated: **January 23, 2012**                         /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE