DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
J. MIGUEL FLORES, ESQ., SBN 240535
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff EDWARD COLSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLSON,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>      Defendants. | Case No. 1:10-CV-01776 AWI JLT<br><br>**ORDER GRANTING IN PART STIPULATION  RE CONFIDENTIALITY**<br><br>(Doc. 24) |

On January 20, 2012, counsel filed a stipulation setting forth their agreement related to confidential information.  (Doc. 24)  However, the stipulation fails to account for certain Court requirements.  As a result, the stipulation will be **GRANTED IN PART,** with the modifications set forth below:

### **ORDER**

Good cause appearing, the Court **ORDERS**,

1.      The stipulation regarding confidential information **SHALL** be modified as follows:

a.  Paragraph 5 SHALL be amended to read,

5. **Objection To Designation.**

A party may at any time object to the designation of Information as CONFIDENTIAL and move the Court for an order declaring that such Information not be designated CONFIDENTIAL.

No motion relating to the designation of Information as CONFIDENTIAL shall be filed without first completing the following steps. First, the moving party SHALL confer with the opposing party in a good faith effort to resolve the dispute. Second, if the good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court.  To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Alan Leon-Guerrero at (661) 326-6620.  Counsel must comply with Local Rule 251 or the motion will be denied without prejudice and dropped from calendar.

b.  Paragraph 9 SHALL be amended to read,

9. **Documents Filed With The Court.**

If a party wishes to file documents ~~files documents~~ with the Court which contain material designated CONFIDENTIAL, that party SHALL comply with Local Rules 140 and 141 ~~such documents shall be filed in a sealed envelope or other appropriate sealed container on which shall be the case caption and the words "CONFIDENTIAL UNDER PROTECTIVE ORDER" in a conspicuous place~~.

c.  Paragraph 11 SHALL be amended to read,

11. **Use of CONFIDENTIAL Information During Trial.**

If, ~~at the time of trial,~~ a party intends to introduce into evidence any confidential information at trial, that party SHALL notify the Court in the joint pretrial conference statement of this intention and SHALL seek an order related to the introduction of this evidence at trial. ~~timely notice of that intention must be given to the Court and to counsel for the Disclosing Party. The Court may then take such steps as it deems reasonable and necessary.~~ The moving party SHALL comply with the Court's pretrial order regarding whether this order will be sought in limine or otherwise.

d.  Paragraph 13 SHALL be amended to read,

13. **Enforcement.**

(a)   Prior to bringing any motion or application before the Court for enforcement of this stipulation, the parties shall, ~~unless otherwise impracticable, make a reasonable and good faith attempt to resolve their dispute~~ comply with the procedures set forth in paragraph 5.

(b)   In the event anyone shall violate, attempt to violate or threaten to violate any of the terms of this stipulation, after compliance with the

procedures in paragraph 5, the aggrieved party may, ~~subject to application of the reasonable and good faith requirements set forth above,~~ apply to the Court to obtain compliance with this stipulation or to obtain appropriate injunctive relief. Each party agrees that, in response to an application for injunctive relief, it will not assert the defense that the aggrieved party possesses an adequate remedy at law.

(c)   The Court may make any order against a party to this stipulation it deems appropriate to compel compliance in addition to any injunctive relief available to the parties.

(d)   If CONFIDENTIAL Information is disclosed to any person other than as allowed by this stipulation, the person responsible for the disclosure must immediately bring all pertinent facts relating to such disclosure to the attention of counsel for the aggrieved party and without prejudice to other rights and remedies of any party, make every effort to prevent further disclosure. Fines and/or sanctions for inadvertent or intentional disclosure shall be decided by the Court after briefing and argument by all parties concerned.

e.   Paragraph 15 SHALL be amended to read,

**15.   Modifications And Amendments.**

Except as to those modifications made by the Court, this ~~This~~ stipulation may be modified or amended without leave of Court by unanimous written agreement of the parties hereto.

IT IS SO ORDERED.

Dated:   **January 23, 2012**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE