IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01776 -- JLT<br><br>ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(Doc. 27) |

On January 23, 2012, the Court granted the parties stipulation to extend deadlines related to discovery. (Doc. 24) Counsel explained at that time that the extensions were necessary to allow an independent medical examination of Plaintiff and due to the need to review "important deposition transcripts" that were recently received by the parties. Id. at 2. Finally, the parties explained that they will engage in mediation on February 6, 2012, in an attempt to resolve the matter. Id. at 2.

On February 17, 2012, counsel filed another stipulation to amend the scheduling order. (Doc. 27) In the current stipulation, counsel report that the amendment is necessary because, for whatever, unexplained reason, Plaintiff has delayed until now to notice and take the depositions of six police officer witnesses. Id. As a result, the experts will not be prepared to submit final reports before the current disclosure date of February 29, 2012. Id.

Good cause appearing, the Court **ORDERS**;

　　1.　　The scheduling order (Doc. 10) SHALL be amended as follows:

1

     a.    Joint expert disclosure SHALL occur no later than:    3/29/12;

     b.    Non expert discovery SHALL conclude no later than:    4/29/12;

2.    No other modifications to the scheduling order are authorized;

3.    **No other amendments to the scheduling order will be permitted absent a showing of exceptionally good cause.**

IT IS SO ORDERED.

Dated:   **February 17, 2012**                                             /s/ Jennifer L. Thurston
                                                                      UNITED STATES MAGISTRATE JUDGE