Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, DENNIS PARK and CHARLES WRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| EDWARD COLSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, DENNIS PARK, CHARLES WRIGHT, and DOES 3 to 100, inclusive,<br><br>    Defendants. | Case No. 1:10-CV-01776-AWI-JLT<br><br>**STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF EDWARD COLSON; ORDER THEREON**<br><br>(Doc. 29) |

  COMES NOW, defendants CITY OF BAKERSFIELD, DENNIS PARK, CHARLES WRIGHT and plaintiff EDWARD COLSON, by and through their counsel of record herein, and stipulate as follows:

  1. Plaintiff Edward Colson will submit to a general orthopedic physical examination to be conducted by orthopedic surgeon Donald R. Huene, M.D., at the offices of David C. Dougherty, M.D. located at 3900 San Dimas Street, Bakersfield, California, at 1 p.m. on March 16, 2012. Such examination shall include a comprehensive physical examination and any and other tests which are ordinarily deemed a part of a general physical examination. This examination is relevant to plaintiff's orthopedic claim.

2. At the time of said examination, plaintiff shall answer all proper questions and inquiries submitted to him by the examiner, including occupational history and prior injuries and diseases for the purpose of making a proper diagnosis of the plaintiff's condition.

3. Plaintiff's attorney may be present at said examinations if the plaintiff so desires.

Dated:  February 27, 2012                    RODRIGUEZ & ASSOCIATES


By:  /s/ Joel T. Andreesen
    Joel T. Andreesen,
    Attorneys for Plaintiff
    EDWARD COLSON

Dated:  February 27, 2012                    MARDEROSIAN, RUNYON,
    CERCONE & LEHMAN


By: /s/ Michael E. Lehman
    Michael E. Lehman,
    Attorney for Defendants
    CITY OF BAKERSFIELD,
    DENNIS PARK and
    CHARLES WRIGHT

**ORDER**

IT IS SO ORDERED that Plaintiff Edward Colson shall submit to a general orthopedic physical examination to be conducted by Donald R. Huene, M.D. at the offices of David C. Dougherty, M.D. located at 3900 San Dimas Street, Bakersfield, California, at 1 p.m. on March 16, 2012.

IT IS SO ORDERED.

Dated:  **February 27, 2012**                    **/s/ Jennifer L. Thurston**
    UNITED STATES MAGISTRATE JUDGE