IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLSON,<br><br>       Plaintiff,<br>   v.<br><br>CITY OF BAKERSFIELD, DENNIS PARK, CHARLES WRIGHT, and DOES 3 to 100, inclusive,<br><br>       Defendants. | 1:10-CV-1776  AWI JLT<br><br>ORDER MOVING HEARING DATE |

Currently set for hearing and decision on June 25, 2012, is Defendants' motion for summary judgment. However, the Court has determined that it is necessary to move the hearing in this matter by one week.

Accordingly, IT IS HEREBY ORDERED that the June 25, 2012 hearing on Defendants' motion for summary judgment is VACATED and RESET to July 2, 2012, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   June 20, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE