IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COLSON,  )<br>  )<br>       **Plaintiff,**  )<br>   v.  )<br>  )<br>CITY OF BAKERSFIELD, DENNIS  )<br>PARK, CHARLES WRIGHT, and  )<br>DOES 3 to 100, inclusive,  )<br>  )<br>       **Defendants.**  )<br>_____)  | 1:10-CV-1776 AWI JLT<br><br>**ORDER TAKING MATTER UNDER SUBMISSION** |

    Currently pending before the Court is Defendants' motion for summary judgment. Hearing on this matter is set for July 2, 2012. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 2, 2012, is VACATED, and the parties shall not appear at that time. As of July 2, 2012, the Court will take the Defendants' motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  June 27, 2012

                                        CHIEF UNITED STATES DISTRICT JUDGE